1

2

3

4                              UNITED STATES DISTRICT COURT

5                                   DISTRICT OF NEVADA

6                                           * * *

7    CHARLES N. BELSSNER,                              Case No. 2:17-cv-01650-KJD-PAL

8                                    Plaintiff,
                                                        **REPORT OF FINDINGS AND**
9         v.                                            **RECOMMENDATION**

     GUILD MORTGAGE, et al.,
10
                                     Defendants.
11

12          This matter is before the court on Plaintiff Charles N. Belssner's failure to comply with the

13   court's Order (ECF No. 14).  This proceeding is referred to the undersigned pursuant to 28 U.S.C.

14   § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice.

15          Plaintiff is proceeding in this action *pro se*.  He submitted an Application to Proceed *In*

16   *Forma Pauperis* (ECF No. 1) and a complaint (ECF No. 7).  The court issued a Screening Order

17   (ECF No. 6) on January 25, 2019, granting Plaintiff permission to proceed *in forma pauperis* and

18   screening the complaint pursuant to 28 U.S.C. § 1915(e).  The court found that the complaint failed

19   to state a valid claim and allowed him until February 25, 2019, to file an amended complaint.  The

20   screening order warned Plaintiff that a failure to file an amended complaint addressing the

21   deficiencies explained by the court would result in a recommendation to the district judge that this

22   case be dismissed.

23          Instead of filing an amended complaint, plaintiff filed an "Opposition to the Amended

24   Complaint" (ECF No. 12) and "Request for Investigation into Disallowance of Plaintiff into Court

25   by Security to Obtain Screening Order Not Available to Other Sources Due to Statement of Wrong

26   Case No. Stated by Other Sources" (ECF No. 13).  The court addressed each of those motions and

27   denied them both to the extent that Mr. Belssner again sought issuance of summons and complaint

28   and/or objected to the requirement to file an amended complaint.  The court gave Mr. Belssner an

                                                 1

1    additional 30 days, or until April 8, 2019, to file an amended complaint and certificate of interested

2    parties.  Mr. Belssner was again warned that his failure to submit an amended complaint and

3    certificate of interested parties would result in a recommendation to the district judge that this case

4    be dismissed.  To date, Mr. Belssner has not filed an amended complaint or certificate of interested

5    parties, requested an extension of time, or taken any other action to prosecute this case.

6         Accordingly,

7         **IT IS RECOMMENDED** that:

8         1.  Plaintiff's Complaint (ECF No. 7) be DISMISSED without prejudice unless he files an

9              amended complaint on or before **May 27, 2019**.

10        2.  The Clerk of the Court be instructed to close the case.

11        Dated this 30th day of April 2019.

12

13                                                    PEGGY A. LEEN
                                                      UNITED STATES MAGISTRATE JUDGE
14

15                                          **NOTICE**

16        This Report of Findings and Recommendation is submitted to the assigned district judge

17    pursuant to 28 U.S.C. § 636(b)(1) and is not immediately appealable to the Court of Appeals for

18    the Ninth Circuit.  Any notice of appeal to the Ninth Circuit should not be filed until entry of the

19    district court's judgment.  *See* Fed. R. App. Pro. 4(a)(1).  Pursuant to LR IB 3-2(a) of the Local

20    Rules of Practice, any party wishing to object to a magistrate judge's findings and

21    recommendations of shall file and serve *specific written objections*, together with points and

22    authorities in support of those objections, within 14 days of the date of service.  *See also* 28 U.S.C.

23    § 636(b)(1); Fed. R. Civ. Pro. 6, 72.  The document should be captioned "Objections to Magistrate

24    Judge's Report of Findings and Recommendation," and it is subject to the page limitations found

25    in LR 7-3(b).  The parties are advised that failure to file objections within the specified time may

26    result in the district court's acceptance of this Report of Findings and Recommendation without

27    further review.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  In addition,

28    failure to file timely objections to any factual determinations by a magistrate judge may be

1    considered a waiver of a party's right to appellate review of the findings of fact in an order or

2    judgment entered pursuant to the recommendation. *See Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th

3    Cir. 1991); Fed. R. Civ. Pro. 72.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28