**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES N. BELSSNER, | Case No. 2:17-CV-01650-KJD-BNW |
| Plaintiff, | |
| v. | **<u>ORDER</u>** |
| GUILD MORTGAGE, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report of Findings and Recommendation (#15) of Magistrate Judge Peggy A. Leen entered May 1, 2019, recommending that Plaintiff's complaint be dismissed without prejudice unless he files an amended complaint on or before May 27, 2019. Plaintiff filed Objections (#17) to the Report and Recommendation. Plaintiff neither filed an amended complaint nor sought leave for an extension of time to do so.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report of Findings and Recommendation (#15) of the United States Magistrate Judge entered May 1, 2019, should be **ADOPTED** and **AFFIRMED**. It is clear that the magistrate judge was more than patient with Plaintiff due to his pro se status. The Court gave Plaintiff three (3) separate opportunities to file an amended complaint. Plaintiff's responses indicate that not only did he receive the orders of

the Court but that he had ample opportunity to file an amended complaint. His failure to do so is due to his own neglect. Other than a notice of appeal, the Court will accept no further pleadings in this closed action.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#15) entered May 1, 2019, are **ADOPTED** and **AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED without prejudice**.

Dated this 3rd day of June, 2019.

Kent J. Dawson
United States District Judge